UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In Re: §
§
ST. JOHN, STEPHEN L § Case No. 15-13332
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 04/14/2015 . The case was converted to one under Chapter 7 on 01/19/2018 . The undersigned trustee was appointed on 01/23/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      8,457.87

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2.79 |
   | Bank service fees | 59.45 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]     $      8,395.63

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/10/2018 and the deadline for filing governmental claims was 07/10/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,595.79 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,595.79 , for a total compensation of $ 1,595.79 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/19/2019                By: /s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-13332   JSB   Judge: JANET S. BAER | Trustee Name:   GINA B. KROL |
| Case Name: | ST. JOHN, STEPHEN L | Date Filed (f) or Converted (c):   01/19/18 (c) |
| | | 341(a) Meeting Date:   02/20/18 |
| For Period Ending: | 03/19/19 | Claims Bar Date:   07/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TIME SHARE | 1,500.00 | 0.00 | | 0.00 | FA |
| On May 1, 2015 Debtor amended Schedule A to change value of Timeshare Asset to $1,500.00 from original value of $3,000 | | | | | |
| 2. Burr Ridge Bank Account | 4,089.00 | 0.00 | | 0.00 | FA |
| On May 1, 2015 the Debtor amended schedules to increase the value of the this account to $3,000.00. On March 2, 2018, the Debtor amended schedules again to increase the value of this account to $4,089.00. | | | | | |
| 3. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 5. IRA | 14,000.00 | 0.00 | | 0.00 | FA |
| On March 2, 2018 the Debtor amended schedules to increase the amount of this account to $14,000.00. | | | | | |
| 6. 100% Interest Vision Productions | 100.00 | 0.00 | | 0.00 | FA |
| 7. Homestead Interest in Wife's Land Trust (u) | 0.00 | 0.00 | | 0.00 | FA |
| 8. 50% Interest in MNL Distributors (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. 100% Interest in NTP Inc. (u) | 100.00 | 0.00 | | 0.00 | FA |
| 10. 50% Interest in ABCS LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11. 1979 Mercedes (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Acura MDX (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Chapter 13 Trustee payments (u) | 8,547.87 | 0.00 | | 8,457.87 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $36,636.87     $0.00     $8,457.87     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 15-13332  JSB  Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: ST. JOHN, STEPHEN L | Date Filed (f) or Converted (c): 01/19/18 (c) |
| | 341(a) Meeting Date: 02/20/18 |
| | Claims Bar Date: 07/10/18 |

Trustee is reviewing claims.  Will file TFR

October 19, 2018, 12:25 pm

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/19

/s/   GINA B. KROL
_____   Date: 03/19/19
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-13332 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ST. JOHN, STEPHEN L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8168 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7463 | | |
| For Period Ending: | 03/19/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/18 | 13 | Office of Glenn B. Stearns<br>Chapter 13 Trustee<br>PO Box 586<br>Lisle, IL 60532 | | 1290-000 | 8,457.87 | | 8,457.87 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.14 | 8,447.73 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.15 | 8,435.58 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 8,423.04 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,410.52 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,398.42 |
| 10/31/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 8,398.42 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,457.87 | 8,457.87 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,398.42 | |
| Subtotal | 8,457.87 | 59.45 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,457.87 | 59.45 | |

Page Subtotals    8,457.87    8,457.87

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-13332 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ST. JOHN, STEPHEN L | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0035  Checking Account |
| Taxpayer ID No: | *******7463 | | |
| For Period Ending: | 03/19/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 8,398.42 | | 8,398.42 |
| 02/20/19 | 002001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium Payment | 2300-000 | | 2.79 | 8,395.63 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,398.42 | 2.79 | 8,395.63 |
| Less:  Bank Transfers/CD's | 8,398.42 | 0.00 | |
| Subtotal | 0.00 | 2.79 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8168 | 8,457.87 | 59.45 | 0.00 |
| Checking Account - ********0035 | 0.00 | 2.79 | 8,395.63 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,457.87 | 62.24 | 8,395.63 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     8,398.42     2.79

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 19, 2019 |
|---|---|---|---|---|---|---|

Case Number: 15-13332  
Debtor Name: ST. JOHN, STEPHEN L  

Priority Sequence  

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,595.79 | $1,595.79 |
| 7A<br>050<br>5700-00 | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA 30060 | Priority | Claim Modified per Court order dated 6/23/17 | $12,327.90 | $12,327.90 | $12,327.90 |
| 10A<br>051<br>5100-00 | Cynthia Harper a/k/a Cynthia St. John<br>47 Hearthwood Dr.<br>Hilton Head, SC 29928 | Priority | Claim #10 is a duplicate of Claim #7<br>Trustee will pay Claim #7 | $0.00 | $12,327.90 | $0.00 |
| 10B<br>051<br>5100-00 | Cynthia Harper a/k/a Cynthia St. John<br>47 Hearthwood Dr.<br>Hilton Head, SC 29928 | Priority | Claim #10 is a duplicate of Claim #7<br>Trustee will pay Claim #7 | $0.00 | $13,702.86 | $13,702.86 |
| 9<br>051<br>5100-00 | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA 30060 | Priority | Claim filed in $0.00<br>Trustee believes Claim #9 is a duplicate of Claim #7.<br>Trustee will pay Claim #7 | $0.00 | $0.00 | $0.00 |
| 070<br>7100-00 | James Chang<br>607 Arcadia Terrace, #103<br>Sunnyvale, CA 94085 | Unsecured | | $0.00 | $585,000.00 | $585,000.00 |
| 1<br>070<br>7100-90 | Cavalry SPV II, LLC as assignee of<br>Bank of America NA/Perks Advantage<br>500 Summit Lake Drive<br>Ste. 400<br>Valhalla, NY 1595 | Unsecured | | $0.00 | $17,374.99 | $17,374.99 |
| 2<br>070<br>7100-90 | Midland Credit Management Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $17,248.18 | $17,248.18 |
| 3<br>070<br>7100-00 | Physicians Sport & Injury Ctr<br>ABC Credit & Recovery Services Inc.<br>PO Box 3722<br>Lisle, IL 60532 | Unsecured | | $0.00 | $481.76 | $481.76 |
| 4<br>070<br>7100-90 | American InfoSource LP<br>as agent for 245 Holdings LLC<br>as assignee of Chase Bank USA<br>PO Box 269093<br>Oklahoma City, OK 73126 | Unsecured | | $0.00 | $55,915.16 | $55,915.16 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 19, 2019 |
|---|---|---|---|---|---|---|---|

Case Number: 15-13332  
Debtor Name: ST. JOHN, STEPHEN L  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 5<br>070<br>7100-90 | American Express Bank FSB<br>c/o Beckett & Lee<br>PO Box 3001<br>Malvern, PA 19355 | Unsecured | | | $0.00 | $32,766.30 | $32,766.30 |
| 6<br>070<br>7100-90 | Calvary SPV I LLC<br>as assignee of Capital One Bank<br>500 Summit Lake Drive<br>Ste. 400<br>Valhalla, NY 10595 | Unsecured | | | $0.00 | $651.39 | $651.39 |
| 7B<br>070<br>7100-00 | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA 30060 | Unsecured | Per Court order of 6/23/17 | | $0.00 | $13,702.86 | $13,702.86 |
| 8<br>070<br>7100-90 | American Express<br>c/o Beckett & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Unsecured | | | $0.00 | $16,022.35 | $16,022.35 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | 7356222000035 | 02/20/19   2001 | $0.00 | $2.79<br>2.79 | $2.79 |
| | Case Totals: | | | | $12,327.90 | $779,120.23 | $766,792.33 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13332
Case Name: ST. JOHN, STEPHEN L
Trustee Name: GINA B. KROL

Balance on hand $ 8,395.63

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,595.79 | $ 0.00 | $ 1,595.79 |
| Other: International Sureties Ltd. | $ 2.79 | $ 2.79 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,595.79
Remaining Balance $ 6,799.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,327.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7A | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA  30060 | $ 12,327.90 | $ 0.00 | $ 6,799.84 |
| 9 | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA  30060 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 6,799.84 |
| | Remaining Balance | | | $ 0.00 |

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $ 739,162.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

   Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV II, LLC as assignee of<br>Bank of America NA/Perks Advantage<br>500 Summit Lake Drive<br>Ste. 400<br>Valhalla, NY  1595 | $ 17,374.99 | $ 0.00 | $ 0.00 |
| 2 | Midland Credit Management Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | $ 17,248.18 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Physicians Sport & Injury Ctr<br>ABC Credit & Recovery Services Inc.<br>PO Box 3722<br>Lisle, IL 60532 | $ 481.76 | $ 0.00 | $ 0.00 |
| 4 | American InfoSource LP as agent for 245 Holdings LLC<br>as assignee of Chase Bank USA<br>PO Box 269093<br>Oklahoma City, OK 73126 | $ 55,915.16 | $ 0.00 | $ 0.00 |
| 5 | American Express Bank FSB<br>c/o Beckett & Lee<br>PO Box 3001<br>Malvern, PA 19355 | $ 32,766.30 | $ 0.00 | $ 0.00 |
| 6 | Calvary SPV I LLC<br>as assignee of Capital One Bank<br>500 Summit Lake Drive Ste. 400<br>Valhalla, NY 10595 | $ 651.39 | $ 0.00 | $ 0.00 |
| 8 | American Express<br>c/o Beckett & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | $ 16,022.35 | $ 0.00 | $ 0.00 |
| 7B | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA 30060 | $ 13,702.86 | $ 0.00 | $ 0.00 |
|  | James Chang<br>607 Arcadia Terrace, #103<br>Sunnyvale, CA 94085 | $ 585,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $            0.00

Remaining Balance    $            0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE