IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| STEPHEN ST. JOHN, | ) | 15-13332 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on April 5, 2019, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                BY:/s/ Gina B. Krol
                                             Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  ABC Credit & Recovery
0752-1                                  Eastern Division                       4736 Main St Suite 4
Case 15-13332                           219 S Dearborn                         Lisle, IL 60532-1986
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Fri Apr  5 08:24:04 CDT 2019

American Express Bank, FSB              American Home Mtg Svci                 American InfoSource LP as agent for
c o Becket and Lee LLP                  1525 S. Belt Line Rd.                  245 Holdings, LLC
POB 3001                                Coppel, TX 75019-4913                  as assignee of CHASE BANK USA, N.A.
Malvern, PA 19355-0701                                                         PO Box 269093
                                                                               Oklahoma City, OK  73126-9093

Americas Servicing Co                   Amex                                   Asset Acceptance
PO Box 10328                            PO Box 297871                          Household Finance
Des Moines, IA 50306-0328               Fort Lauderdale, FL 33329-7871         PO Box 1630
                                                                               Warren, MI 48090-1630

(p)BANK OF AMERICA                      CHASE                                  Capital One
PO BOX 982238                           PO Box 24696                           PO Box 6492
EL PASO TX 79998-2238                   Columbus, OH 43224-0696                Caro, Stream, IL 60197-6492

Carmela St. John                        Cavalry Port                           Cavalry SPV I, LLC as assignee of
213 Coe Rd                              Bank of America                        Capital One Bank (USA)NA/HSBC
Clarendon Hills, IL 60514-1001          4500 S. 129E Ave., Suite 165           500 Summit Lake Drive, Ste 400
                                        Tulsa, OK 74134                        Valhalla, NY 10595-2321

Cavalry SPV II, LLC as assignee of Bank of   Chase                             Columbus Bank & Trust
America NA/Perks Advantage              PO Box 15298                           PO Box 120
500 Summit Lake Drive, Ste 400          Wilmington, DE 19850-5298              Columbus, GA 31902-0120
Valhalla, NY 10595-2321

Cynthia Harper aka Cynthia St. John      Cynthia St. John                      Cynthia St. John
47 Hearthwood, Dr.                       4948 Secluded Pines Dr.               c/o J. Michael Treadaway
Hilton Head, SC 29928-2906               Marietta GA 30068-5603                399 Washington Ave
                                                                               Marietta, GA 30060-2025

Diners Club                              (p)CHOICE RECOVERY INC                FRNKLNCRDT
PO Box 6241                              1550 OLD HENDERSON ROAD               6 Harrison St. 6th Flr
Sioux Falls, SD 57117-6241               STE 100                               New York, NY 10013-2883
                                         COLUMBUS OH 43220-3662

Frank Caputo Family Trust                GECRB/Banan Rep                       GMAC
213 Coe Rd.                              PO Box 981400                         PO Box 105677
Clarendon Hills, IL 60514-1001           El Paso, TX 79998-1400                Atlanta, GA 30348-5677

GMAC Mortgage                            Greenpoint Savings                    HFC
3451 Hammond Ave.                        4160 Main St.                         PO Box 3425
Waterloo, IA 50702-5300                  Flushing, NY 11355-3833               Buffalo, NY 14240-3425
```

| | | |
|---|---|---|
| HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | HSBC/RS<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Habersham Bank<br>Highway 441 North<br>Cornelia, GA 30531 |
| James Chang<br>607 Arcadia Terrace, #103<br>Sunnyvale CA 94085-3272 | Johnson Law<br>29 S. LaSalle St., #220<br>Chicago, IL 60603-1566 | Kenneth E Kaiser<br>502 N Plum Grove Rd<br>Palatine, IL 60067-8204 |
| Kristufek and Associates PC<br>1131 Warren Ave., Suite 2<br>Downers Grove, IL 60515-3578 | MBB<br>Elmhurst Emergency Medical Services<br>200 Berteau Ave.<br>Elmhurst, IL 60126-2966 | MCYDSNB<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Main Street BK<br>45 E Athens St.<br>Winder, GA 30680-2531 | Merchants Credit<br>223 W Jackson Blvd #700<br>Chicago, IL 60606-6914 | Merchants Credit<br>DuPage Eye Surgery Center<br>223 W. Jackson Blvd, Suite 4<br>Chicago, IL 60606-6914 |
| Merchants Credit<br>Family Healthcare FHC<br>223 W. Jackson Blvd., Suite 4<br>Chicago, IL 60606-6914 | Merchants Credit Guide<br>223 W Jackson Blvd, Suite 4<br>Chicago, IL 60606-6914 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Northwest Collectors<br>3601 Algonquin Rd., Suite 23<br>Rolling Meadows, IL 60008-3143 | OCwen Loan Servicing<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Olympia Chiro & Physical Therapy<br>533 S. York St.<br>Elmhurst, IL 60126-3951 |
| PNC Bank<br>1001 S. Washington St<br>Naperville, IL 60540-7400 | Paragon Way Inc.<br>2101 W Ben White Blvd<br>Austin, Tx 78704-7516 | Physicians Sport & Injury Ctr<br>ABC Credit & Recovery Services Inc.<br>PO Box 3722<br>Lisle, IL 60532-8722 |
| Select Portfolio SVCIN<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | State Collection Service<br>2509 S Stoughton Rd.<br>Madison, WI 53716-3314 | Suntrust Bank<br>PO Box 68221<br>Orlando, FL 32862 |
| Target NB<br>PO Box 673<br>Minneapolis, MN 55440-0673 | The Bureaus Inc.<br>1717 Central St.<br>Evanston, IL 60201-1507 | VISDSNB<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 |
| Wilshire Credit<br>400 Countrywide Way<br>Simi Valley, CA 93065 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX  79998

FFCC-Columbus Inc.
1550 Old Henderson Rd
Columbus, OH 43220

(d)FIA CSNA
PO Box 982238
El Paso, TX 75063

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as t

(d)Kenneth E. Kaiser
502 N. Plum Grove Rd.
Palatine, IL 60067-8204

(u)Cynthia St. John

(d)Kenneth E. Kaiser
502 N. Plum Grove Road
Palatine, IL 60067-8204

End of Label Matrix
Mailable recipients    60
Bypassed recipients     4
Total                  64

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
 §
ST. JOHN, STEPHEN L §     Case No. 15-13332 JSB
 §
 §
    Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/03/2019 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2019        By: Gina B. Krol
                                        Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
ST. JOHN, STEPHEN L § Case No. 15-13332 JSB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 8,457.87 |
| and approved disbursements of | $ | 62.24 |
| leaving a balance on hand of[1] | $ | 8,395.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,595.79 | $ 0.00 | $ 1,595.79 |
| Other: International Sureties Ltd. | $ 2.79 | $ 2.79 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,595.79 |
| Remaining Balance | | | $ 6,799.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,327.90 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7A | Cynthia St. John c/o J. Michael Treadway 399 Washington Ave. Marietta, GA  30060 | $ 12,327.90 | $ 0.00 | $ 6,799.84 |
| 9 | Cynthia St. John c/o J. Michael Treadway 399 Washington Ave. Marietta, GA  30060 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $       6,799.84

Remaining Balance        $       0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 739,162.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV II, LLC as assignee of Bank of America NA/Perks Advantage 500 Summit Lake Drive Ste. 400 Valhalla, NY  1595 | $ 17,374.99 | $ 0.00 | $ 0.00 |
| 2 | Midland Credit Management Inc. as agent for Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | $ 17,248.18 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Physicians Sport & Injury Ctr<br>ABC Credit & Recovery Services Inc.<br>PO Box 3722<br>Lisle, IL 60532 | $ 481.76 | $ 0.00 | $ 0.00 |
| 4 | American InfoSource LP as agent for 245 Holdings LLC<br>as assignee of Chase Bank USA<br>PO Box 269093<br>Oklahoma City, OK 73126 | $ 55,915.16 | $ 0.00 | $ 0.00 |
| 5 | American Express Bank FSB<br>c/o Beckett & Lee<br>PO Box 3001<br>Malvern, PA  19355 | $ 32,766.30 | $ 0.00 | $ 0.00 |
| 6 | Calvary SPV I LLC as assignee of Capital One Bank<br>500 Summit Lake Drive Ste. 400<br>Valhalla, NY  10595 | $ 651.39 | $ 0.00 | $ 0.00 |
| 8 | American Express<br>c/o Beckett & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | $ 16,022.35 | $ 0.00 | $ 0.00 |
| 7B | Cynthia St. John<br>c/o J. Michael Treadway<br>399 Washington Ave.<br>Marietta, GA 30060 | $ 13,702.86 | $ 0.00 | $ 0.00 |
|  | James Chang<br>607 Arcadia Terrace, #103<br>Sunnyvale, CA 94085 | $ 585,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $           0.00

Remaining Balance                                          $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.